No. 337. SCHWINN v. UNITED STATES.

October 28, 1940. *Per Curiam:* The petition for writ of certiorari is granted. The judgment is affirmed on the sole ground that the certificate of citizenship was illegally procured. *Herman Max Schwinn, pro se. Solicitor General Biddle, Assistant Attorney General Rogge,* and *Messrs. George F. Kneip* and *W. Marvin Smith* for the United States.

No. 431. KEATON v. OKLAHOMA CITY ET AL. October 28, 1940. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. Section 237 (a), Judicial Code, as amended by the Act of February 13, 1925 (43 Stat. 936, 937). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari, as required by § 237 (c) of the Judicial Code (43 Stat. 936, 938), certiorari is denied. *Messrs. W. C. Sullivan* and *Chas. Hill Johns* for appellant. *Mr. Edward M. Box* for appellees.

No. —. EX PARTE CHARLES N. WILLIAMS. October 28, 1940. Application denied.

No. —, original. EX PARTE KENNETH GERARD. October 28, 1940. The motion for leave to file petition for writ of habeas corpus is denied without prejudice to an application to the District Court.

No. —, original. EX PARTE ROBERT CONSIDINE. October 28, 1940. The motion for leave to file petition for writ of habeas corpus is denied.